MICHAEL P. KOSOLAPOFF, Appellant, *v.* PETROGRADSKY MEJDUNARODNY KOMMERCHESKY BANK, Respondent.

Argued October 14, 1937; decided November 16, 1937.

*Franklin F. Russell* for appellant.

*Paul C. Whipp* for respondent

Judgment affirmed, with costs; no opinion

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.